IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ALICIA ANN DUKES, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 3:25-cv-49-TES-CHW |
| v. | : |
| | : |
| WALTON COUNTY | : |
| DETENTION CENTER, *et al.*, | : |
| | : Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : Before the U.S. Magistrate Judge |

## ORDER

Following the extension of the discovery period in this case (Doc. 29), Plaintiff filed a document labeled "Request for Discovery, Inspection, and Notice of Intent to Use Evidence." (Doc. 31). While the document was docketed as a motion, it appears to be Plaintiff's attempt to seek discovery from Defendants and requests no discernible relief from the Court at this time. Plaintiff is again advised that discovery materials are not to be filed with the Court. *See* (Doc. 8, p. 11-12). Plaintiff must direct any discovery requests to Defendants through their counsel.[1] Accordingly, the Clerk's office is **DIRECTED** to **TERMINATE** the motion (Doc. 31) as filed.

**SO ORDERED**, this 22nd day of December, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] In this instance, to avoid delay, Defendants may consider the requests in Doc. 31 to have been served upon them, and they shall respond accordingly.

1